SCWC-13-0001474

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

EDMOND M. ABORDO,
Petitioner/Plaintiff-Appellant,

vs.

DEPARTMENT OF PUBLIC SAFETY (DPS) MAINLAND BRANCH
ADMINISTRATOR SHARI KIMOTO,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001474; CIVIL NO. 11-1-2228)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Edmond M. Abordo's

Application for Writ of Certiorari filed on May 5, 2015, is

hereby rejected.

DATED:  Honolulu, Hawai'i, June 8, 2015.

Edmund M. Abordo
petitioner pro se

April Luria and
Jodie D. Roeca
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson